Kurt C. Peterson (SBN 83941)
kpeterson@reedsmith.com
Kenneth N. Smersfelt (SBN 166764)
ksmersfelt@reedsmith.com
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:   +1 213 457 8000
Facsimile:   +1 213 457 8080

Karen A. Braje (SBN 193900)
kbraje@reedsmith.com
Christopher C. Foster (SBN 253839)
cfoster@reedsmith.com
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendant
Anthem Blue Cross Life and Health Ins. Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOS ALTOS SURGERY CENTER, LP, a California limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: CV 12-02124 WHA<br><br>~~[PROPOSED]~~ **ORDER DISMISSING PLAINTIFF'S ERISA CLAIMS WITH PREJUDICE AND REMANDING PLAINTIFF'S FIRST AMENDED COMPLAINT TO STATE COURT**<br><br>**Compl. Filed:**   March 23, 2012<br>(Santa Clara County Superior Court, Case No. 112-CV-221326)<br>**Trial Date:**   Not Yet Set |

Before the Court is a Stipulated Request between the Parties, Plaintiff Los Altos Surgery Center, LP ("LASC") and Defendant Anthem Blue Cross Life and Health Insurance Company ("Anthem Blue Cross Life and Health").  LASC's original Complaint asserted claims against Anthem Blue Cross Life and Health based on an alleged assignment of rights from a patient (the "Patient") under the Benefits Agreement between the Patient and Anthem Blue Cross Life and Health.  LASC's First Amended Complaint purports to assert only claims that exist directly between LASC and Anthem Blue Cross Life and Health, and not on any assignment of rights to LASC by the Patient.  LASC has moved to remand the case to state court, though the Parties agree that the Benefits Agreement are subject to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1001 *et. seq*. ("ERISA") and that any claims by LASC against Anthem Blue Cross Life and Health based on an assignment of rights under the Benefits Agreement are preempted by federal law.

Having considered the papers and **GOOD CAUSE APPEARING**, the Court hereby **ORDERS** as follows:

(1)     Plaintiff LASC's claims against Anthem Blue Cross Life and Health are hereby **DISMISSED WITH PREJUDICE**, to the extent the claims are based on any assignment of rights from the Patient to LASC under the Benefits Agreement, on the basis of federal preemption as provided by ERISA under 29 U.S.C. § 502, and as articulated in *Cedars-Sinai Med. Ctr. v. Nat'l League of Postmasters of United States,* 497 F.3d 972, 978 (9th Cir. 2007).

(2)     Plaintiff's case is hereby remanded to the Superior Court of California, County of Santa Clara.

(3)     Anthem Blue Cross Life and Health shall have fourteen (14) days from the date of this Order to file a responsive pleading to the First Amended Complaint in state court.

/ / /

/ / /

/ / /

[~~Proposed~~] Order Dismissing Plaintiff's ERISA Claims And Remanding Plaintiff's First Amended Complaint To State Court

- 2 -

1  **IT IS SO ORDERED.**

3
4  DATED: June 26, 2012.



5
6  The Honorable William Alsup
   U.S. District Court for the Northern District of California